UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 10-cr-49-01-JL

<u>Steven Eosue</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted; Final Pretrial is rescheduled to July 23, 2010 at 11 AM; Trial is continued to the two-week period beginning August 3, 2010, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                      _____
                                                      Joseph N. Laplante
                                                      United States District Judge

Date:  May 19, 2010

cc:  William Morse, Esq.
     Richard Hubbard, Esq.
     U.S. Marshal
     U.S. Probation