UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 10-cr-49-01-JL

<u>Steven Eosue</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; no further continuances without a hearing. Final Pretrial is rescheduled to September 22, 2010 at 11 AM; Trial is continued to the two-week period beginning October 5, 2010, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  July 14, 2010

cc:   Richard Hubbard, Esq.
      William Morse, Esq.
      U.S. Marshal
      U.S. Probation