UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Criminal No. 10-cr-49-01-JL

Steven Eosue

### O R D E R

The amended assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted - No further continuances. Final Pretrial is rescheduled to November 17, 2010 at 11:00 AM; Trial is continued to the two-week period beginning December 1, 2010, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  September 9, 2010

cc:  William Morse, Esq.
     Richard Hubbard, Esq.
     U.S. Marshal
     U.S. Probation